Vito V. Campanello, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

(Argued June 23, 1893; decided October 3, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James F. Gluck* for appellant.

*Simon Fleischmann* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Marie T. Upington, Respondent, *v.* Louis J. Pooler, Appellant.

(Argued June 28, 1893; decided October 3, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 8, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*George Bliss* for appellant.

*James M. Hunt* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.